UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,

              v.

BOYS & GIRLS CLUBS OF THE CAPITAL
AREA, INC.; DAVID GORDON; AND PAUL
DUNN,

                       Defendants.

Civil No.:  1:25-cv-00314-LEK-DJS

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HERBEY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff Jane Doe and Defendants Boys & Girls Club of the Capital Area, Inc., David Gordon and Paul Dunn, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This stipulation may be filed without further notice with the Clerk of the Court.

**DATED:** April 28, 2026

*PLAINTIFF*
*JANE DOE*

By:  */s/ Reyna N. Lubin*
    Reyna N. Lubin, Esq.
    Eisenberg & Baum LLP
    24 Union Square East - Penthouse Suite
    New York, NY 10003
    T: 212-353-8700
    rlubin@eandblaw.com

**DATED:** April 28, 2026

*DEFENDANTS*
*BOYS & GIRLS CLUBS OF THE CAPITAL*
*AREA, INC. and DAVID GORDON*

By:  /s/ *Kristi Rich Winters*
    Kristi Rich Winters, Esq.
    JACKSON LEWIS P.C.
    677 Broadway, 9th Floor
    Albany, NY 12207
    T: 518-512-8700
    kristi.winters@jacksonlewis.com

**DATED:** April 28, 2026

*DEFENDANT*
*PAUL DUNN*

By:   /s/ *Howard M. Miller*
     Howard M. Miller, Esq.
     BOND, SCHOENECK & KING, PLLC
     68 South Service Road, Suite 400
     Melville, New York 11747
     T: 516-267-6318
     millerh@bsk.com

Dated: April 29              , 2026
     Albany, NY

SO ORDERED:

By:
     Hon. Lawrence E. Kahn,
     Senior U.S. District Judge